UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, F/K/A TRAVELERS Indemnity Company of Illinois, and TRAVELERS CASUALTY AND SURETY COMPANY, F/K/A AETNA CASUALTY & SURETY COMPANY<br><br>      Plaintiffs,<br>V<br><br>HILLERICH & BRADSBY CO., INC., a Kentucky corporation; BAUM RESEARCH AND DEVELOPMENT CO., INC., a Michigan corporation; and STEVE BAUM an individual.<br><br>      Defendants. | Hon.  Avern Cohn<br>Case No. 05-71497 |

_____/

| | |
|---|---|
| James R. Lilly (P45302)<br>Jeffrey C. Gerish (P51338)<br>**Plunkett & Cooney, P.C.**<br>Attorneys for Plaintiffs<br>535 Griswold – Suite 2400<br>Detroit, MI  48226<br>313.983.4307<br>313.983.4350 fax | Douglas W. Becker<br>**Wyatt, Tarrant & Combs, LLP**<br>Attorney for Hillerich & Bradsby<br>500 West Jefferson Street, Suite 2800<br>Louisville, KY  40202-2898 |

Leonard B. Schwartz P20132
David L. Nelson
**Sommers, Schwartz,
Silver, Schwartz, P.C.**
Attorney for Baum Research/Steve Baum
2000 Town Center, Suite 900
Southfield, MI  48075-1100
248.355.0300

_____/

## ORDER OF DISMISSAL AS TO
## BAUM RESEARCH AND DEVELOPMENT CO., INC. AND STEVEN BAUM

This matter having come before the Court through stipulation, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned matter be, and the same hereby is, dismissed, with prejudice, as to Baum Research and Development Co., Inc. and Steve Baum, **only**.

Dated:  September 01, 2005          s/ Avern Cohn
                                    U.S. DISTRICT COURT JUDGE

Detroit.00033.91655.1089209-1